# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00030-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |
| MOTOROLA SOLUTIONS, INC.<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>STA GROUP LLC, DILLON KANE GROUP LLC, and INSTANT CONNECT SOFTWARE LLC,<br><br>Counterclaim Defendants. | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant and Counterclaim Plaintiff Motorola Solutions, Inc. ("Motorola") respectfully requests that the law firm of DLA PIPER LLP and its attorneys Sean Cunningham, Michael D. Jay, Nandan R. Padmanabhan, Christopher G. Duerden, and Peter Nelson be permitted to withdraw as counsel of record for Motorola in this matter. Motorola will continue to be represented by the law firm of Jones Day and the attorneys who have already entered appearances on Motorola's behalf.

Dated:  March 5, 2024   Respectfully submitted,

/s/  *Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Hilda C. Galvan
Texas Bar No. 00787512
**JONES DAY**
2727 North Harwood Street
Suite 500
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile:  (214) 969-5100
Email: hcgalvan@jonesday.com

John A. Marlott
Kristina N. Hendricks
**JONES DAY**
110 North Wacker Drive
Suite 4800
Chicago, Illinois 60606
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

***Attorneys for Defendant and Counterclaim Plaintiff Motorola Solutions, Inc.***

**CERTIFICATE OF CONFERENCE**

I hereby certify that Defendant has met and conferred with Plaintiff regarding this Motion via electronic mail on February 29, 2029.  Plaintiff has indicated that it does not oppose this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 5, 2024.

/s/  *Melissa R. Smith*
Melissa R. Smith
