IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STA GROUP LLC, | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Case No. 2:23-CV-00030-JRG-RSP |
| MOTOROLA SOLUTIONS, INC., | | |
| *Defendant*. | | |

## ORDER

STA Group LLC previously filed a Motion to Dismiss Counterclaims ("the Motion"). (Dkt. No. 52.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 107) in which he recommended granting the Motion. Motorola has now filed Objections (Dkt. No. 111).

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Motorola's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Motorola's Objections, **ADOPTS** the Report and Recommendation, and orders that the Motion (Dkt. No. 52) is **GRANTED**.

So ORDERED and SIGNED this 27th day of March, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE