# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STA GROUP LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA SOLUTIONS, INC.,<br><br>　　　　Defendant.<br><br>MOTOROLA SOLUTIONS, INC.,<br><br>　　　　Counterclaim Defendant,<br><br>v.<br><br>STA GROUP LLC, DILLON KANE GROUP LLC, and INSTANT CONNECT SOFTWARE LLC,<br><br>　　　　Counterclaim Defendants. | Civil Action No. 2:23-CV-00030-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**ORDER ON UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE**

Before the Court is Motorola Solutions, Inc.'s ("Motorola") Unopposed Motion for Continuance of Trial Date. After consideration of said Motion, the Court finds that it should be GRANTED in full and the Court hereby ORDERS that the February 10 trial date in the above-captioned action is continued to the Court's next available trial setting.