IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STA GROUP LLC, <br>  *Plaintiff–Counterclaim Defendant*, <br> v. <br> ZEPP HEALTH CORPORATION, <br>  *Defendant–Counterclaim Plaintiff*, <br> v. <br> STA GROUP LLC, DILLON KANE GROUP LLC, and INSTANT CONNECT SOFTWARE, LLC, <br>  *Counterclaim Defendants*. | CIVIL ACTION NO. 2:23-CV-30-JRG-RSP |

## ORDER

Before the Court is a Joint Motion to Dismiss filed by Plaintiff–Counterclaim Defendant STA Group LLC, Defendant–Counterclaim Plaintiff Zepp Health Corporation, and Counterclaim Defendants Dillon Kane Group LLC and Instant Connect Software, LLC. (Dkt. No. 686). In the Motion, the parties represent that the above-captioned case has been resolved and request that it be dismissed with prejudice. (*Id.* at 1).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between the parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DISMISSED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 2nd day of April, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE