# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STA GROUP LLC, | § |
| *Plaintiff–Counterclaim Defendant*, | § |
| v. | § |
| MOTOROLA SOLUTIONS, INC., | § |
| *Defendant–Counterclaim Plaintiff*, | § CIVIL ACTION NO. 2:23-CV-30-JRG-RSP |
| v. | § |
| DILLON KANE GROUP LLC, and | § |
| INSTANT CONNECT SOFTWARE, LLC, | § |
| *Counterclaim Defendants*. | § |

## ORDER NUNC PRO TUNC

The Court issues this Order Nunc Pro Tunc *sua sponte*. On April 2, 2025, this Court issued an Order (Dkt. No. 687) granting the Joint Motion to Dismiss (Dkt. No. 686) filed by Plaintiff–Counterclaim Defendant STA Group LLC, Defendant–Counterclaim Plaintiff Motorola Solutions, Inc., and Counterclaim Defendants Dillon Kane Group LLC and Instant Connect Software, LLC. In the April 2, 2025 Order, the Court inadvertently referenced as a Defendant–Counterclaim Plaintiff Motorola Solutions, Inc. who is not a party to this lawsuit. Accordingly, the Court issues this Order Nunc Pro Tunc to correct this error and restate in full substance of the Court's prior Order (Dkt. No. 687); to-wit:

Before the Court is a Joint Motion to Dismiss filed by Plaintiff–Counterclaim Defendant STA Group LLC, Defendant–Counterclaim Plaintiff Motorola Solutions, Inc., and Counterclaim Defendants Dillon Kane Group LLC and Instant Connect Software, LLC. (Dkt. No. 686). In the Motion, the parties represent that the above-captioned case has been resolved and request that it be dismissed with prejudice. (*Id.* at 1).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between the parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DISMISSED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain. This **Order Nunc Pro Tunc** shall be effective as of and from April 2, 2025.

**So ORDERED and SIGNED this 3rd day of April, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE